# No. 26-04928

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

GIUSEPPE PAMPENA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; STEVE GARRETT; NANCY PRICE; JOHN GARRETT; BRIAN BELGRAVE; TWITTER INVESTOR GROUP,

*Plaintiffs-Appellees*,

V.

ELON MUSK,

*Defendant-Appellant*.

*On Appeal From The United States District Court*
*For The Northern District Of California*
*Honorable Charles R. Breyer*
*No. 3:22-cv-05937-CRB*

# APPELLANT'S EXCERPTS OF RECORD INDEX VOLUME

Michael T. Lifrak
Stephen A. Broome
Alex Bergjans
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Alex Spiro
Ellyde R. Thompson
Jesse A. Bernstein
Marielle P. Greenblatt
Chelsea Sincox
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7100

*Counsel for Defendant-Appellant*

November 23, 2026

# TABLE OF CONTENTS

## VOLUME I


| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| 590 | Order on Post-Trial Motions | 07/06/26 | 2 – 39 |
| 557 | Judgment | 04/03/26 | 40 – 42 |
| | Excerpts of Trial Transcript Day 11, Jury Instructions, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer | 03/17/26 | 43 – 63 |
| 106 | Order Granting Plaintiffs' Motion for Class Certification | 09/27/24 | 64 – 75 |


## VOLUME II


| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| 574 | Excerpts of Plaintiffs' Opposition to Defendants' Motion to Decertify Class Action Pursuant to Fed. R. Civ. P. 23(c) | 05/15/26 | 77 – 88 |
| 558 | Order re Post-Judgment Motions with Briefing Schedule | 04/03/26 | 89 |
| 538 | Jury Verdict Form | 03/20/26 | 90 – 101 |
| 537 | Juror Notes Nos. 5, 6, 7 and Response | 03/20/26 | 102 – 108 |

| | | | |
|---|---|---|---|
| 532 | Juror Notes Nos. 1, 2, 3 and Responses | 03/18/26 | 109 – 113 |
| 527 | Excerpts of Defendant's Exceptions to the Court's Jury Instructions | 03/16/26 | 114 – 124 |
| 514 | Excerpts of Defendant's Exceptions to the Court's Tentative Jury Instructions | 03/15/26 | 125 – 137 |
| 505 | Tentative Jury Instructions | 03/13/26 | 138 – 166 |
| 474 | Defendant's Response to the Court's Proposed Instruction re Privilege and Advice of Counsel | 03/05/26 | 167 – 170 |
| 471 | Defendant's Request for Limiting Jury Instructions | 03/04/26 | 171 – 180 |
| 364 | Excerpts of Parties' Joint [Proposed] Jury Instructions | 1/27/26 | 181 – 188 |
| 366 | Excerpts of Defendant's Memorandum of Law in Support of Defendant's Disputed Jury Instructions | 01/27/26 | 189 – 204 |
| 99 | Excerpts of Defendant's Opposition to Plaintiffs' Motion for Class Certification | 09/02/24 | 205 – 213 |
| 99-01 | Declaration of Alex Bergjans in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification | 09/02/24 | 214 – 218 |
| 99-06 | Excerpts of Exhibit 5 to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Expert Report of Atanu Saha, Ph.D., dated August 26, 2024 | 09/02/24 | 219 – 224 |
| 99-08 | Excerpts of Exhibit 7 to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, | 09/02/24 | 225 – 239 |

| | | | |
|---|---|---|---|
| | Complaint (Dkt. 1) in *Heresniak v. Musk*, No. 22-cv-03074-CRB, (N.D. Cal. May 25, 2022) | | |
| 99-09 | Exhibit 8 to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, May 13 Bloomberg News article titled "Elon Musk Trolls Twitter" | 09/02/24 | 240 – 252 |
| 99-18 | Exhibit 17 to the Declaration of Alex Bergjans in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, July 18, 2022, Company Update from Wells Fargo regarding Twitter, Inc. (TWTR) | 09/02/24 | 253 – 260 |
| 76 | Plaintiffs' Notice of Motion and Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel; Memorandum of Points and Authorities in Support Thereof | 05/24/24 | 261 – 287 |
| 48 | Order Granting in Part and Denying in Part Defendant's Motion to Dismiss | 12/11/23 | 288 – 326 |


## VOLUME III


| ***D.E.*** | ***Title of Document*** | ***File Date*** | ***ER No.*** |
|---|---|---|---|
| 31 | First Amended Class Action Complaint | 06/08/23 | 328 – 409 |
| | Excerpts of Transcript of Proceedings, Pre-Trial Conference, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: February 17, 2026 | 02/17/26 | 410 – 418 |
| | Excerpts of Transcript of Proceedings, Jury Selection, United States District Court for the Northern District of California, Before the | 02/19/26 | 419 – 435 |

| | | | |
|---|---|---|---|
| | Honorable Charles R. Breyer, Date of Proceedings: February 19, 2026 | | |
| | Transcript of Trial Proceedings, Day 1, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 2, 2026 | 03/02/26 | 436 – 626 |


**VOLUME IV**


| ***D.E.*** | ***Title of Document*** | ***File Date*** | ***ER No.*** |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 1, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 2, 2026 | 03/02/26 | 628 – 694 |
| | Transcript of Trial Proceedings, Day 2, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 3, 2026 | 03/03/26 | 695 – 912 |
| | Transcript of Trial Proceedings, Day 3, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 4, 2026 | 03/04/26 | 913 – 926 |


**VOLUME V**


| ***D.E.*** | ***Title of Document*** | ***File Date*** | ***ER No.*** |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 3, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 4, 2026 | 03/04/26 | 928 – 1186 |

| | | | |
|---|---|---|---|
| | Transcript of Trial Proceedings, Day 4, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 5, 2026 | 03/05/26 | 1187 – 1226 |


## VOLUME VI


| ***D.E.*** | ***Title of Document*** | ***File Date*** | ***ER No.*** |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 4, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 5, 2026 | 03/05/26 | 1228 – 1446 |
| | Transcript of Trial Proceedings, Day 5, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 6, 2026 | 03/06/26 | 1447 – 1526 |


## VOLUME VII


| ***D.E.*** | ***Title of Document*** | ***File Date*** | ***ER No.*** |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 5, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 6, 2026 | 03/06/26 | 1528 – 1600 |
| | Transcript of Trial Proceedings, Day 6, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 9, 2026 | 03/09/26 | 1601 – 1771 |
| | Transcript of Trial Proceedings, Day 7, United States District Court for the Northern District of | 03/10/26 | 1772 – 1826 |

| | | | |
|---|---|---|---|
| | California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 10, 2026 | | |



**VOLUME VIII**

| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 7, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 10, 2026 | 03/10/26 | 1828 – 1942 |
| | Transcript of Trial Proceedings, Day 8, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 12, 2026 | 03/12/26 | 1943 – 2126 |

**VOLUME IX**

| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| | (Cont.) Transcript of Trial Proceedings, Day 8, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 12, 2026 | 03/12/26 | 2128 – 2195 |
| | Transcript of Trial Proceedings, Day 9, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 13, 2026 | 03/13/26 | 2196 – 2298 |
| | Transcript of Trial Proceedings, Day 10, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 16, 2026 | 03/16/26 | 2299 – 2409 |

| | | | |
|---|---|---|---|
| | Trial Transcript Day 11, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 17, 2026 | 03/17/26 | 2410 – 2426 |

## VOLUME X

| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| | (Cont.) Trial Transcript Day 11, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 17, 2026 | 03/17/26 | 2428 – 2566 |
| | Transcript of Trial Proceedings, Day 12, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 18, 2026 | 03/18/26 | 2567 – 2582 |
| | Transcript of Trial Proceedings, Day 13, United States District Court for the Northern District of California, Before the Honorable Charles R. Breyer, Date of Proceedings: March 20, 2026 | 03/20/26 | 2583 – 2614 |
| 551-006 | Excerpts of Trial Exhibit 14: Twitter, Inc. 2021 10-K | 03/30/26 | 2615 – 2626 |
| 551-007 | Trial Exhibit 16: Twitter, Inc. 2022 13-G | 03/30/26 | 2627 – 2631 |
| 551-014 | Excerpts of Trial Exhibit 36: Amendment 2 to Schedule 13D, filed by Elon Musk, dated April 13, 2022 | 03/30/26 | 2632 – 2636 |
| 551-019 | Excerpts of Trial Exhibit 47: Amendment 3 to Schedule 13D, filed by Elon Musk, dated April 20, 2022 | 03/30/26 | 2637 – 2642 |

| | | | |
|---|---|---|---|
| 551-025 | Excerpts of Trial Exhibit 62: Twitter Form 8-K, dated April 25, 2022 (Merger Agreement) | 03/30/26 | 2643 – 2685 |
| 551-035 | Trial Exhibit 78: Email Exchange Between Anthony Armstrong and Sam Britton, Subject Line: Potential Discussion Topics, dated May 6, 2022 | 03/30/26 | 2686 – 2688 |
| 551-039 | Trial Exhibit 82: May 6 Discussion Topics | 03/30/26 | 2689 – 2693 |
| 551-041 | Trial Exhibit 84: Email Exchange Between Katharine Martin and Twitter Board, Subject Line: Summary of Meeting, dated May 7, 2022 | 03/30/26 | 2694 – 2695 |
| 551-044 | Trial Exhibit 88: Email Exchange Between Bill Fox and Anthony Armstrong, et al., Subject Line: Twitter \| follow-up, dated May 10, 2022 | 03/30/26 | 2696 – 2705 |
| 551-052 | Trial Exhibit 105: Email Exchange Between Bill Fox and Stacey Conti, Subject Line: New Model, dated May 13, 2022 | 03/30/26 | 2706 – 2707 |
| 551-055 | Trial Exhibit 114: Elon Musk Tweets, dated May 13, 2022 | 03/30/26 | 2708 |
| 551-058 | Trial Exhibit 118: Elon Musk Tweets, dated May 15, 2022 | 03/30/26 | 2709 |
| 551-059 | Trial Exhibit 119: Parag Agrawal Tweets, dated May 16, 2022 | 03/30/26 | 2710 – 2711 |
| 551-062 | Trial Exhibit 130: Elon Musk Tweet, dated May 17, 2022 | 03/30/26 | 2712 |
| 551-063 | Trial Exhibit 131: Email Exchange Between Anton Mayr and Stacey Conti, et al., Subject Line: Tundra - Diligence Tracker, dated May 17, 2022 | 03/30/26 | 2713 – 2723 |

## VOLUME XI


| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| 551-065 | Trial Exhibit 141: Email Exchange Between Kate Claassen and Mike Ringler, et al., Subject Line: Confidential (Summary of May 21 Meeting), dated May 21, 2022 | 03/30/26 | 2725 – 2732 |
| 551-069 | Excerpts of Trial Exhibit 146: Amendment 7 to Schedule 13D, filed by Elon Musk, dated May 24, 2022 | 03/30/26 | 2733 – 2738 |
| 551-070 | Trial Exhibit 148: Letter from Mike Ringler to Martin Korman and Alan Klein, dated May 25, 2022 | 03/30/26 | 2739 – 2740 |
| 551-071 | Trial Exhibit 152: Letter from Martin Korman and Alan Klein to Mike Ringler, dated May 27, 2022 | 03/30/26 | 2741 – 2742 |
| 551-072 | Trial Exhibit 154: Letter from Mike Ringler to Vijaya Gadde, dated May 31, 2022 | 03/30/26 | 2743 – 2744 |
| 551-074 | Trial Exhibit 157: Letter from Mike Ringler to Vijaya Gadde, dated June 6, 2022 | 03/30/26 | 2745 – 2747 |
| 551-078 | Trial Exhibit 169: Letter from Mike Ringler to Vijaya Gadde, dated June 17, 2022 | 03/30/26 | 2748 – 2751 |
| 551-083 | Trial Exhibit 184: Letter from Mike Ringler to Vijaya Gadde, dated June 29, 2022 | 03/30/26 | 2752 – 2756 |
| 551-089 | Trial Exhibit 197: Letter from Mike Ringler to Vijaya Gadde, dated July 8, 2022 | 03/30/26 | 2757 – 2764 |
| 551-095 | Excerpts of Trial Exhibit 222: Amendment 12 to Schedule 13D, filed by Elon Musk, dated October 3, 2022 | 03/30/26 | 2765 – 2770 |

| | | | |
|---|---|---|---|
| 551-107 | Trial Exhibit 262: Twitter Common Stock Prices from January 14, 2022 to October 27, 2022 | 03/30/26 | 2771 – 2774 |
| 551-110 | Trial Exhibit 282: Dr. David Tabak's Calculation of Daily Deflation under Rule 10b-5(a) and (c) Over the Class Period | 03/30/26 | 2775 – 2777 |
| 551-113 | Trial Exhibit 304: Spam and False Accounts Methodology | 03/30/26 | 2778 – 2783 |
| | Trial Exhibit 340: Elon Musk Tweet, dated May 13, 2022 at 7:41 p.m. | 03/30/26 | 2784 |
| 551-131 | Trial Exhibit 341: Calculation of Allegation-Related Percentage Discount of Twitter Stock Price to the Merger-Offer Price Under Rule 10b-5(b) | 03/30/26 | 2785 |
| 551-132 | Trial Exhibit 342: Daily Deflation Under Rule 10b-5(b) Over the Class Period | 03/30/26 | 2786 – 2788 |
| 551-141 | Excerpts of Trial Exhibit 516: Twitter, Inc. 2016 10-K | 03/30/26 | 2789 – 2798 |
| 551-146 | Trial Exhibit 561: Letter from Elon Musk to Twitter General Counsel, dated May 4, 2022 | 03/30/26 | 2799 – 2800 |
| 551-148 | Trial Exhibit 565: Text Messages between Elon Musk and Michael Grimes, dated May 8, 2022 | 03/30/26 | 2801 |
| 551-572 | Excerpts of Trial Exhibit 572: Email Exchange, Subject Line: X Data Room Documents, dated May 12, 2022 | 03/30/26 | 2802 – 2807 |
| 551-154 | Trial Exhibit 580: Elon Musk Tweets, dated May 13, 2022 at 5:44 a.m. and 7:50 a.m. | 03/30/26 | 2808 |
| 551-160 | Trial Exhibit 598: Rand Fishkin Tweet, dated May 15, 2022 | 03/30/26 | 2809 – 2813 |

| | | | |
|---|---|---|---|
| 551-161 | Trial Exhibit 599: SparkToro & Followerwonk Joint Twitter Analysis, dated May 15, 2022 | 03/30/26 | 2814 – 2830 |
| 551-167 | Trial Exhibit 673: Ned Segal and Parag Agrawal Notes from Meeting with Elon Musk, dated June 16, 2022 | 03/30/26 | 2831 |
| 551-171 | Trial Exhibit 756: Elon Musk Tweets, dated May 21, 2022 | 03/30/26 | 2832 |
| 551-173 | Trial Exhibit 759: Email Exchange Between Manish Chabria, Ned Segal and Olivia Salfiti, Subject Line: Information for Elon meeting Friday, May 6th, dated May 6, 2022 | 03/30/26 | 2833 – 2834 |
| 551-183 | Trial Exhibit 821: Email Exchange Between Bill Fox and Anthony Armstrong, et al., Subject Line: Twitter \| follow-up, dated May 11, 2022 | 03/30/26 | 2835 – 2844 |
| 516-001 | Trial Exhibit 900: Grimes Final (Designation List Report) | 03/15/26 | 2845 – 2909 |
| 516-002 | Trial Exhibit 901: Salen-v1 (Designation List Report) | 03/15/26 | 2910 – 2958 |
| 516-003 | Trial Exhibit 902: Anargyros-v3 (Designation List Report) | 03/15/26 | 2959 – 3015 |


## VOLUME XII


| *D.E.* | *Title of Document* | *File Date* | *ER No.* |
|---|---|---|---|
| 516-004 | Trial Exhibit 903: Dorsey-v9 (Designation List Report) | 03/15/26 | 3017 – 3045 |
| 516-005 | Trial Exhibit 904: Brahmy-v6 (Designation List Report) | 03/15/26 | 3046 – 3048 |

| | | | |
|---|---|---|---|
| 591 | Notice of Appeal | 07/30/26 | 3049 – 3051 |
| | Civil Docket for Case No. 3:22-cv-05937-CRB – United States District Court, California District Court (San Francisco) – *Giuseppe Pampena et al., v. Elon R. Musk* | | 3052 – 3118 |